**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7990**

JAMES STEVEN LESANE,

    Petitioner - Appellant,

  v.

UNITED STATES OF AMERICA,

    Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Chief District Judge.  (3:08-cv-00247-JRA)

Submitted:  January 15, 2009   Decided:  January 23, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Steven LeSane, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Steven LeSane, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we deny LeSane's motion for transcript at government expense and affirm for the reasons stated by the district court.[*] <u>LeSane v. United States</u>, No. 3:08-cv-00247-JRA (E.D. Va. Sept. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] We deny LeSane's motion to vacate and decline to consider issues he raises for the first time on appeal.